AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>PANNER, OWEN M. | 2. Court or Organization<br><br>U.S. DISTRICT COURT, DISTRICT OF OREGON | 3. Date of Report<br><br>10/27/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>SENIOR ARTICLE III JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

| 7. Chambers or Office Address<br><br>UNITED STATES COURTHOUSE<br>310 West Sixth Street<br>Medford, OR 97501 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| PANNER, OWEN M. | 10/27/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PANNER, OWEN M. | 10/27/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PANNER, OWEN M. | 10/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Small Acreage, Jackson County, Oregon | B | Rent | K | W | | | | | |
| 2. Oil Royalty Trust, Oklahoma | D | Royalty | K | W | | | | | |
| 3. Vintage Petroleum - California | C | Royalty | K | W | | | | | |
| 4. U.S. Bank - Checking Account | A | Interest | K | T | | | | | |
| 5. First Eagle Global Fund, Class C | C | Int./Div. | | | Sold | 02/13/14 | K | C | |
| 6. Clearbridge Tactical Dividend Income Fund Class A | D | Int./Div. | L | T | | 12/31/14 | L | C | |
| 7. Clearbridge Tactical Dividend Income Fund Class A | | | | | Buy (add'l) | 02/13/14 | K | | |
| 8. Clearbridge Tactical Dividend Income Fund Class A | | | | | Buy (add'l) | 03/31/14 | J | | |
| 9. Clearbridge Tactical Dividend Income Fund Class A | | | | | Buy (add'l) | 06/30/14 | J | | |
| 10. Clearbridge Tactical Dividend Income Fund Class A | | | | | Buy (add'l) | 10/01/14 | J | | |
| 11. Clearbridge Tactical Dividend Income Fund Class A | | | | | Buy (add'l) | 12/24/14 | J | | |
| 12. Clearbridge Tactical Dividend Income Fund Class A | A | Int./Div. | | | Sold (part) | 03/21/14 | J | A | |
| 13. Clearbridge Tactical Dividend Income Fund Class A | A | Int./Div. | | | Sold (part) | 04/23/14 | J | A | |
| 14. Clearbridge Tactical Dividend Income Fund Class A | A | Int./Div. | | | Sold (part) | 05/23/14 | J | A | |
| 15. Clearbridge Tactical Dividend Income Fund Class A | A | Int./Div. | | | Sold (part) | 06/23/14 | J | A | |
| 16. Clearbridge Tactical Dividend Income Fund Class A | A | Int./Div. | | | Sold (part) | 07/23/14 | J | A | |
| 17. Clearbridge Tactical Dividend Income Fund Class A | A | Int./Div. | | | Sold (part) | 08/22/14 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Clearbridge Tactical Dividend Income Fund Class A | A | Int./Div. | | | Sold (part) | 09/23/14 | J | A | |
| 19. Clearbridge Tactical Dividend Income Fund Class A | A | Int./Div. | | | Sold (part) | 10/23/14 | J | A | |
| 20. Clearbridge Tactical Dividend Income Fund Class A | A | Int./Div. | | | Sold (part) | 11/21/14 | J | A | |
| 21. Clearbridge Tactical Dividend Income Fund Class A | A | Int./Div. | | | Sold (part) | 12/23/14 | J | A | |
| 22. | | | | | | | | | |
| 23. Clearbridge Aggressive Growth Fund Class A (Fund Exchange) | A | Int./Div. | | | Sold | 02/13/14 | K | A | |
| 24. | | | | | | | | | |
| 25. Clearbridge American Energy MLP Fund | | | | | Buy | 02/13/14 | K | | |
| 26. Clearbridge American Energy MLP Fund | | | | | Buy (add'l) | 06/25/14 | L | | |
| 27. Clearbridge American Energy MLP Fund | B | Int./Div. | | | Sold | 10/23/14 | L | B | |
| 28. | | | | | | | | | |
| 29. LMP Capital and Income Fund Inc | | | | | Buy | 02/13/14 | K | | |
| 30. LMP Capital and Income Fund Inc | D | Int./Div. | | | Sold | 06/25/14 | L | D | |
| 31. | | | | | | | | | |
| 32. Davis New York Venture Fund, Inc. Class A | E | Int./Div. | K | T | | | | | |
| 33. Davis New York Venture Fund, Inc. Class A | | | | | Buy (add'l) | 07/02/14 | J | A | |
| 34. Davis New York Venture Fund, Inc. Class A | | | | | Buy (add'l) | 12/12/14 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PANNER, OWEN M. | 10/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Davis New York Venture Fund, Inc. Class A | A | Int./Div. | | | Sold (part) | 02/13/14 | K | A | |
| 36. Davis New York Venture Fund, Inc. Class A | A | Int./Div. | | | Sold (part) | 03/21/14 | J | A | |
| 37. Davis New York Venture Fund, Inc. Class A | A | Int./Div. | | | Sold (part) | 04/23/14 | J | A | |
| 38. Davis New York Venture Fund, Inc. Class A | A | Int./Div. | | | Sold (part) | 05/23/14 | J | A | |
| 39. Davis New York Venture Fund, Inc. Class A | A | Int./Div. | | | Sold (part) | 06/23/14 | J | A | |
| 40. Davis New York Venture Fund, Inc. Class A | A | Int./Div. | | | Sold (part) | 07/23/14 | J | A | |
| 41. Davis New York Venture Fund, Inc. Class A | A | Int./Div. | | | Sold (part) | 08/22/14 | J | A | |
| 42. Davis New York Venture Fund, Inc. Class A | A | Int./Div. | | | Sold (part) | 09/23/14 | J | A | |
| 43. Davis New York Venture Fund, Inc. Class A | A | Int./Div. | | | Sold (part) | 10/23/14 | J | A | |
| 44. Davis New York Venture Fund, Inc. Class A | A | Int./Div. | | | Sold (part) | 11/21/14 | J | A | |
| 45. Davis New York Venture Fund, Inc. Class A | A | Int./Div. | | | Sold (part) | 12/23/14 | J | A | |
| 46. | | | | | | | | | |
| 47. Northern LTS FD TR Eagle MLP Strategy Class C | A | Int./Div. | L | T | | 12/31/14 | J | A | |
| 48. Northern LTS FD TR Eagle MLP Strategy Class C | | | | | Buy | 08/18/14 | L | | |
| 49. Northern LTS FD TR Eagle MLP Strategy Class C | | | | | Buy | 10/31/14 | J | | |
| 50. | | | | | | | | | |
| 51. Legg Mason BW Global Income Opportunities FD Inc | B | Int./Div. | L | T | Buy | 10/23/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PANNER, OWEN M. | 10/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. American Express Company | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |
| 54. American Express Company | A | Int./Div. | J | U | Buy (add'l) | 10/17/14 | J | | |
| 55. American Express Company | A | Int./Div. | J | T | Buy (add'l) | 10/31/14 | J | | |
| 56. AMGEN Inc | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |
| 57. AMGEN Inc | A | Int./Div. | J | T | Buy (add'l) | 10/28/14 | J | | |
| 58. Anadarko Petroleum Corp | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |
| 59. Anadarko Petroleum Corp | A | Int./Div. | J | T | Buy (add'l) | 11/04/14 | J | | |
| 60. Autodesk, Inc | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |
| 61. Automatic Data Processing, Inc | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |
| 62. Automatic Data Processing, Inc | A | Int./Div. | J | T | Buy (add'l) | 12/10/14 | J | | |
| 63. Biogen Idec, Inc | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |
| 64. Biogen Idec, Inc | A | Int./Div. | J | T | Buy (add'l) | 10/13/14 | J | | |
| 65. Biogen Idec, Inc | A | Int./Div. | J | T | Buy (add'l) | 10/15/14 | J | | |
| 66. Broadcom Corp, Class A | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |
| 67. Cablevision Systems Corp. Class A Cablevision NY Group | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |
| 68. Chevron Corp | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PANNER, OWEN M. | 10/27/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Comcast Corp, new SPL Class A | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |
| 70. Costco Wholesale Corp, new | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |
| 71. Costco Wholesale Corp, new | A | Int./Div. | J | T | Buy (add'l) | 11/26/14 | J | | |
| 72. Costco Wholesale Corp, new | A | Int./Div. | J | T | Buy (add'l) | 12/10/14 | J | | |
| 73. Costco Wholesale Corp, new | A | Int./Div. | J | T | Buy (add'l) | 12/18/14 | J | | |
| 74. El DuPont DeNemours & Co | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |
| 75. Ecolab, Inc | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |
| 76. Ecolab, Inc | A | Int./Div. | J | T | Buy (add'l) | 09/12/14 | J | | |
| 77. Ecolab, Inc | A | Int./Div. | J | T | Buy (add'l) | 12/10/14 | J | | |
| 78. Ecolab, Inc | A | Int./Div. | J | T | Buy (add'l) | 12/17/14 | J | | |
| 79. Exxon Mobil Corp | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |
| 80. General Electric Co | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |
| 81. Home Depot, Inc | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |
| 82. Home Depot, Inc | A | Int./Div. | J | T | Buy (add'l) | 12/10/14 | J | | |
| 83. Intel Corp | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |
| 84. International Paper Co | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |
| 85. Johnson & Johnson | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PANNER, OWEN M. | 10/27/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Kimberly Clark Corp | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |
| 87. L-3 Communications Holdings, Inc | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |
| 88. Merck & Co, Inc | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |
| 89. Merck & Co, Inc | A | Int./Div. | J | T | Buy (add'l) | 12/14/14 | J | | |
| 90. Metlife, Inc | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |
| 91. Metlife, Inc | A | Int./Div. | J | T | Buy (add'l) | 12/18/14 | J | | |
| 92. Microsoft Corp | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |
| 93. Nextera Energy Inc | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |
| 94. Oracle Corp | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |
| 95. Oracle Corp | A | Int./Div. | J | T | Buy (add'l) | 12/18/14 | J | | |
| 96. Pall Corp | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |
| 97. Pepsico, Inc | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |
| 98. Pepsico, Inc | A | Int./Div. | J | T | Buy (add'l) | 12/10/14 | J | | |
| 99. Pepsico, Inc | A | Int./Div. | J | T | Buy (add'l) | 12/18/14 | J | | |
| 100. PPG Industries, Inc | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |
| 101. Praxair, Inc. | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |
| 102. Praxair, Inc. | A | Int./Div. | J | T | Buy (add'l) | 10/06/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PANNER, OWEN M. | 10/27/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Praxair, Inc. | A | Int./Div. | J | T | Buy (add'l) | 10/21/14 | J | | |
| 104. Praxair, Inc. | A | Int./Div. | J | T | Buy (add'l) | 10/31/14 | J | | |
| 105. Procter & Gamble Co | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |
| 106. Raytheon Co. | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |
| 107. Sandisk Corp | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |
| 108. Spectra Energy Corp | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |
| 109. Spectra Energy Corp | A | Int./Div. | J | T | Buy (add'l) | 12/18/14 | J | | |
| 110. The Travelers Companies, Inc | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |
| 111. Time Warner, Inc | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |
| 112. Union Pacific Corp | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |
| 113. United Parcel Service, Inc | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |
| 114. United Technologies Corp | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |
| 115. UnitedHealth Group, Inc | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |
| 116. UnitedHealth Group, Inc | A | Int./Div. | J | T | Buy (add'l) | 09/09/14 | J | | |
| 117. Verizon Communications | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |
| 118. Wal-Mart Stores, Inc | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |
| 119. Walt Disney Co | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PANNER, OWEN M. | 10/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Waste Management Inc. Del | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |
| 121. Wisconsin Energy Corp | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |
| 122. Actavis PLC | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |
| 123. Anheuser-Busch Inbev SA Sponsored ADR | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |
| 124. Anheuser-Busch Inbev SA Sponsored ADR | A | Int./Div. | J | T | Buy (add'l) | 12/10/14 | J | | |
| 125. Nestle SA-Sponsored ADR, Repstg Regd ORD (SF 10 par) | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |
| 126. Schlumberger LTD | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |
| 127. Seagate Technology PLC | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |
| 128. TEConnectivity LTD | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |
| 129. Tyco International PLC, SHS | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |
| 130. Weatherford International PLC USD0.001 | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |
| 131. Weatherford International PLC USD0.001 | A | Int./Div. | J | T | Buy (add'l) | 11/13/14 | J | | |
| 132. American Tower Corporation | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |
| 133. American Tower Corporation | A | Int./Div. | J | T | Buy (add'l) | 12/18/14 | J | | |
| 134. American Tower Corporation | A | Int./Div. | J | T | Buy (add'l) | 12/18/14 | J | | |
| 135. American Tower Corporation | A | Int./Div. | J | T | Buy (add'l) | 12/18/14 | J | | |
| 136. Weyerhaeuser Co | A | Int./Div. | J | T | Buy | 09/09/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PANNER, OWEN M. | 10/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Weyerhaeuser Co | A | Int./Div. | J | T | Buy (add'l) | 11/26/14 | J | | |
| 138. Weyerhaeuser Co | A | Int./Div. | J | T | Buy (add'l) | 12/10/14 | J | | |
| 139. RBC Bank Deposit Program (X) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PANNER, OWEN M. | 10/27/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. VII  Small horse operation on the acreage we have in Jackson County, Oregon

2. VII  Trustee of the trust lives in Oklahoma, I do not know the location of the numerous properties involved

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ OWEN M. PANNER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544